1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   EZEKIEL D. CARDER, Bar No. 206537
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
7  Attorneys for Plaintiffs

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   THE BOARD OF TRUSTEES, in their            ) No.   C 14-01541 JD
12 capacities as Trustees of the LABORERS     )
   HEALTH AND WELFARE TRUST FUND              )
13 FOR NORTHERN CALIFORNIA;                   ) **STIPULATION FOR ENTRY OF**
   LABORERS VACATION-HOLIDAY TRUST            ) **JUDGMENT; ORDER AND**
14 FUND FOR NORTHERN CALIFORNIA;              ) **JUDGMENT**
   LABORERS PENSION TRUST FUND FOR            )
15 NORTHERN CALIFORNIA; LABORERS              )
   ANNUITY TRUST FUND FOR NORTHERN            )
16 CALIFORNIA and LABORERS TRAINING           )
   AND RETRAINING TRUST FUND FOR              )
17 NORTHERN CALIFORNIA,                       )
                                              ) **Honorable James Donato**
18         Plaintiffs,                        )
                                              )
19      v.                                    )
                                              )
20 LONE STAR LANDSCAPE, INC., a California    )
   Corporation,                               )
21                                            )
           Defendant.                         )
22 _____)

23
        The parties hereto hereby stipulate and agree as follows:
24
        1. Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health
25
   and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for
26
   Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training
27
   and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs"), have
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER AND JUDGMENT
Case No. C 14-01541 JD

brought the above-captioned action against Defendant Lone Star Landscape, Inc. (hereinafter referred to as "Defendant"). Plaintiffs sought payment of unpaid fringe benefit contributions, liquidated damages, and interest. Plaintiffs are also seeking all attorneys' fees, costs, and other reasonable expenses incurred in connection with this action. The parties are desirous of settling this action and as such, the parties hereby stipulate and agree to settle this action under the following terms:

  2. Defendant agrees to have judgment entered against it as follows:

   a. Judgment shall be entered against Defendant and in favor of Plaintiffs in the amount of $377,260.27, comprised of:
   - Delinquent contributions and liquidated damages and interest of $288,119.99 in unpaid contributions;
   - $44,432.26 liquidated damages and interest on contributions paid, but paid late,
   - $40,708.02 liquidated damages and interest on contributions reported, but not paid;
   - $4,000 in attorneys' fees; and costs.

   b. Plaintiffs are entitled pursue to all legal remedies to collect this judgment, including, but not limited to, the filing of liens against any litigation in which Defendant is a party. Interest of 10% per annum will accrue on the outstanding amounts owed under the settlement agreement from the date of entry of the stipulated judgment.

  3. The parties further acknowledge that by entering into this stipulation, the Trust Funds in no way waive their right to conduct an audit for the period of time covered by this action or to seek payment of any additional amounts from Defendant if it is discovered that additional unpaid contributions, which are unknown to Plaintiffs at the time of entering into this stipulation, are due and owing.

  4. Nothing in this Stipulation will alter Defendant's ongoing obligations under the

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER AND JUDGMENT
Case No. C 14-01541 JD

collective bargaining agreement, including Defendant's obligations to submit all fringe benefit contributions to the Trust Funds in a timely manner.

5. If Plaintiffs consult legal counsel with respect to the enforcement of this Judgment, there shall be added to Defendant's obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate proceedings therein. The parties stipulate to this Court's continuing jurisdiction, and agree that Plaintiffs may seek enforcement of this Stipulation in this Court or in any court of competent jurisdiction under Section 664.6 of the California Code of Civil Procedure and related provisions of federal law.

6. Defendant further stipulates and agrees that if Lone Star Landscape, Inc. is sold, this Agreement shall be binding on its successors, heirs, and assigns regardless of whether it changes the name or style or address of the business.

7. The provisions set forth in this Stipulation for Entry of Judgment are not in violation of any state or federal law.  However, if any portion of said stipulation is found to be in violation of any state or federal law, the other portions of this stipulation shall remain in full force and effect.

8. Plaintiffs and Defendant acknowledge that they have had the opportunity to be represented by independent legal counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  Plaintiffs and Defendant further acknowledge that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation for Entry of Judgment.

9. This Stipulation may be executed in counterpart.

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER AND JUDGMENT
Case No. C 14-01541 JD

1  10. The parties hereto mutually state that they have read the foregoing Stipulation for Entry
2  of Judgment and are fully aware of its contents and legal facts.  This stipulation for entry of
3  Judgment constitutes the entire agreement of the parties and is entered into on the dates below
4  indicated.

6  Dated: July __ 2014
7                            LONE STAR LANDSCAPE, INC., a California Corporation

                          By:_____

10  Dated: July __ 2014
                          LABORERS TRUST FUNDS

                          By:_____
                             MICHELLE LAUZIERE
                          Accounts Receivable Manager for Plaintiffs

## **ORDER AND JUDGMENT**

It is so ordered that Judgment is entered against Defendant Lone Star Landscape, Inc., a California Corporation, as set forth in the Stipulation for Entry of Judgment.  The Court will retain jurisdiction over this case until July 1, 2016.

Dated:  July 28, 2014

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

135993/768593

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER AND JUDGMENT
Case No. C 14-01541 JD

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the County of Alameda, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On July 18, 2014, I served the following documents in the manner described below:

**STIPULATION FOR ENTRY OF JUDGMENT;**
**[PROPOSED] ORDER AND JUDGMENT**

(BY U.S. MAIL) I am personally and readily familiar with the business practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Alameda, California.

On the following part(ies) in this action:

LONE STAR LANDSCAPE, INC.
PRINCIPAL:  ROBERT SAMANIEGO
1910 East San Martin Avenue
San Martin, CA  95046-9688

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2014, at Alameda, California.

       /s/ *Mary Piro*
       Mary Piro

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
STIPULATION FOR ENTRY OF JUDGMENT; PROPOSED ORDER AND JUDGMENT
Case No. C 14-01541 JD